# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

ONESIMO MOLINA-DELGADO, et al.,

    Plaintiffs,

v.                                          CASE NO: 8:08-cv-2025-T-26TGW

JUAN TOVAR-BANDA,

    Defendant.
_____/

## **O R D E R**

Upon due consideration of the well-pleaded allegations of Defendant's counterclaim, which the Court is required to accept as true and construe in the light most favorable to Defendant at this juncture of the proceedings, the Court concludes that Plaintiffs' motion to dismiss filed pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure is due to be denied because those allegations give Plaintiffs fair notice of Defendant's breach of contract claim and the basis for that claim. See Bell Atlantic Corp. v. Twombly, ___ U.S. ___, 127 S.Ct. 1955, 1964, 167 L.Ed.2d 929 (2007).[1] Furthermore, as one court has observed, "several courts within the Eleventh Circuit have allowed claims for setoffs in [Fair Labor Standard Act] cases." Robinson v. Roofs, Structures & Management, Inc., 2007 WL 4468695 * 2 (M.D. Fla. 2007) (and cases cited).

Accordingly, it is ordered and adjudged as follows:

---

[1] Given this conclusion, the Court needs no response from Defendant.

1) Plaintiffs' Motion to Dismiss Counterclaim (Dkt. 10) is denied.

2) Plaintiffs shall file their answer and defenses to Defendant's counterclaim within ten (10) days of this order.

**DONE AND ORDERED** at Tampa, Florida, on January 5, 2009.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record