# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

ONESIMO MOLINA-DELGADO, et al.,

    Plaintiffs,

v.                                                 CASE NO: 8:08-cv-2025-T-26AEP

JUAN TOVAR-BANDA and TRIPLE
M FRUIT COMPANY, INC.,

    Defendants.
_____/

## O R D E R

Upon due consideration of Plaintiffs' attorney's submissions, it is ordered and adjudged that Plaintiffs' Application for Award of Attorney's Fees Pursuant to Settlement Agreement (Dkt. 43) is granted. The Court determines that the amount of hours expended and the hourly fee requested are more than reasonable. Accordingly, Plaintiffs are awarded $1,400.00 in attorney's fees. The Clerk is directed to enter judgment against Defendant Juan Tovar-Banda and in favor of Plaintiffs in the sum of $1,400.00.

**DONE AND ORDERED** at Tampa, Florida, on February 3, 2010.

                                                s/*Richard A. Lazzara*
                                          **RICHARD A. LAZZARA**
                                          **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record